**Electronically Filed
Supreme Court
SCAD-19-0000473
03-JUL-2019
01:35 PM**

SCAD-19-0000473

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

KATHERINE PUANA KEALOHA (HI Bar #6691),
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 17-O-026)

ORDER GRANTING PETITION

Upon consideration of the July 1, 2019 petition for the immediate restraint of the license to practice law in this jurisdiction held by Respondent Katherine Puana Kealoha, filed by the Office of Disciplinary Counsel (ODC) pursuant to Rule 2.13 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), this court notes the exhibits attached to the petition include the findings of guilt entered by the jury in United States of America v. Katherine P. Kealoha, Criminal No. 17-CR-00582-JMS-WRP (D. Haw.) and the indictment, which clearly establishes the crimes of which Respondent Kealoha was convicted involved

dishonesty, and further notes that at least three of the counts of which Respondent Kealoha was convicted constitute felonies. Therefore,

IT IS HEREBY ORDERED that ODC's petition is granted.

IT IS FURTHER ORDERED that Respondent Kealoha is immediately restrained from the practice of law in this jurisdiction, pursuant to RSCH Rule 2.13(b), pending final disposition of a disciplinary proceeding based on the findings of guilt.

IT IS FINALLY ORDERED that this matter is hereby referred to the Disciplinary Board of the Hawaiʻi Supreme Court for institution of formal disciplinary proceedings, to be convened once these convictions become final, as defined in RSCH Rule 2.13(d). The sole issue to be determined at those hearings shall be the discipline to be imposed.

DATED: Honolulu, Hawaiʻi, July 3, 2019.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



/s/ Michael D. Wilson

/s/ Lisa M. Ginoza

2